WSS

Name: Rose T. Rangel
Reg. #: 83689-180
Federal Correctional Institution
5701 8th Street, Camp Parks – Unit J1
Dublin, CA 94568

**FILED**

DEC 29 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE **WESTERN** COURT,
IN AND FOR THE **DISTRICT** OF **Texas – Waco – Division**

**United States**
Petitioner/Plaintiff,

v.

**Rose T. Rangel – In Pro Se**
Respondent/Defendant,

CASE NO. **W-07-CR-016(04)**

MOTION TO: **Modification of Sentence Based on Amendment 782 – Retroactive Minus 2 Law**

Comes now, Rose Rangel an inmate at Dublin Satellite Prison Camp, Dublin, Ca is submitting a motion requesting a 2 level reduction in the sentence implemented 4/14/08. This requested reduction is based on Amendment 782 - Drug Minus 2 Law. Defendant received a sentence of 240 months, based on an offense level of 38 and criminal history 1. Defendant has suffered for years with Chronic Depression and for years prior to her arrest self medicated with prescription medications and alchol, in order to mask the symptoms of her illness. Since her incarceration she has actively worked to establish sobriety through programs offered (Exhibit A), she also plans to attend RDAP so that when she returns home she will maintain her sobriety. Defendant has written the court with her statement (Exhibit B) regarding her arrest and current status.

Page 1 of 1

*Rose T. Rangel*
Rose T. Rangel – In Pro Per

TRULINCS 83689180 - RANGEL, ROSE TRUJILLO - Unit: DUB-J-A

-----------------------------------------------------------------------------

FROM: 83689180
TO:
SUBJECT:
DATE: 12/20/2014 08:54:39 AM

Date:            December 20, 2014

EXHIBIT "B"

Case No.:        W-07-CR-016(04)

To The Honorable Judge Walter Smith, Jr.

My name is Rose T. Rangel, I was sentenced by you on April 14, 2008. My projected release date is September 9, 2025.

Since I have been incarcerated I have accomplished many changes in my life. These changes have been brought about through education (See Exhibit "A") and most significantly an attitude change which has been brought about by long-term sobriety and establishing support systems which I will maintain for the rest of my life in order to remain clean and sober. I intend to take this one step further by attending the RDAP Program.

I assure the Court that I will maintain my sobriety and never commit another illegal act as long as I live. Upon my release I plan to manage my family's restaurant.

On July 18th Congress voted Amendment 782 into law, the retro active drug law minus 2. I believe I qualify for this reduction in sentence, as it was designed to give individuals such as my self the opportunity for a second chance. In retrospect I am grateful to the court for the time to realign my priorities and to become the responsible person I was meant to be. Thanks to the court I am able to plan a productive drug-free future.

Thank you for your consideration in this matter before your court.

Sincerely,

*Rose T. Rangel*
Rose T. Rangel - In Pro Se

```
DUBCA            *         INMATE EDUCATION DATA       *    12-18-2014
PAGE 001         *              TRANSCRIPT             *    15:26:41


REGISTER NO: 83689-180     NAME..: RANGEL                  FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: DUB-DUBLIN FCI

----------------------------- EDUCATION INFORMATION ---------------------------
FACL  ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
DUB   ESL HAS    ENGLISH PROFICIENT       07-21-2008 1549  CURRENT
DUB   GED HAS    COMPLETED GED OR HS DIPLOMA 07-21-2008 1549 CURRENT


------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
DUB  F      RPP6/ANGER MGMT - PSYCH        10-06-2014  11-03-2014  P   C  P    4
DUB  F      RPP3/FDIC MONEY SMARTS PGM     08-01-2014  09-29-2014  P   C  P    3
DUB  F      SOCIOLOGY BASIC NEEDS          08-21-2014  08-27-2014  P   C  P    6
DUB  F      CAREER DEVELOPMENT M T 6-730PM 03-26-2014  03-26-2014  P   C  P   20
DUB  F      JOB FAIR INTERVIEW             08-23-2012  08-23-2012  P   C  P    3
DUB  F      RPP2WORKFORCEDEV EXPLN CONVCTN 04-26-2012  05-10-2012  P   C  P    2
DUB  F      INTRO INTO BEADING/MON/530-7   04-01-2012  04-22-2012  P   C  P    6
DUB  F      RPP2/WORKFORCE DEV CAREER PLAN 05-31-2012  06-07-2012  P   C  P    2
DUB  F      5 MILE WALKING PROGRAM         11-13-2011  01-06-2012  P   C  P    3
DUB  F      RPP2/WORKFORCE DEV - JOBSKILLS 10-24-2011  12-14-2011  P   C  P    8
DUB  F      INSOMNIA CLASS                 10-29-2011  10-29-2011  P   C  P    2
DUB  F      HIGH BLOOD PRESSURE CLASS      09-25-2011  09-28-2011  P   C  P    2
DUB  F      SF CITY COLLEGE GRAPHICS       04-12-2011  09-15-2011  P   C  C  120
DUB  F      JOB FAIR INFORMATION           08-11-2011  08-11-2011  P   C  P    3
DUB  F      630-730AM M-F TYPING EDUC      05-17-2011  06-29-2011  P   C  P   30
DUB  F      RPP1/STRESS MGMT - PSYCHOLOGY  03-01-2011  04-05-2011  C   C  P    6
DUB  F      PHOTO MTWT 1230-1530           11-22-2010  02-10-2011  P   C  M  120
DUB  F      UNICOR TRAINING JOB SKILLS     01-21-2011  01-23-2011  P   C  P   18
DUB  F      ACE BUSINESS MGMT              07-20-2010  10-21-2010  P   C  P   24
DUB  F      AEROBICS                       08-16-2010  09-08-2010  P   C  P    3
DUB  F      BASIC COMPUTERS T&TH 530-730PM 07-09-2010  07-30-2010  P   C  P   12
DUB  F      ILLUSTRATOR MTWT730AM-1130AM   06-09-2010  08-24-2010  P   C  M  120
CRW  LOW    ACE DISCUSS HOUSEHOLD APPLIANC 10-07-2009  12-09-2009  P   C  P    8
CRW  LOW    OFFICE TECH PROGRAM/MC         07-02-2009  12-11-2009  P   C  C  120
CRW  LOW    COMPUTER SKILLS/OFFICE TECHN   08-03-2009  12-11-2009  C   C  P    0
CRW  LOW    FINANCIAL RECORD/OFFICE TECHN  09-15-2009  10-03-2009  C   C  P    0
CRW  LOW    PROFESSIONAL TEST/OFFICE TECHN 11-27-2009  12-11-2009  C   C  P    0
CRW  LOW    KEYBOARD/10-KEY/OFFICE TECHN   07-02-2009  12-11-2009  C   C  P    0
CRW  LOW    CLERICAL SKILLS/OFFICE TECHN   07-09-2009  08-25-2009  C   C  P    0
CRW  LOW    BEGINNING TONING               06-22-2009  07-30-2009  P   C  P   15
CRW  LOW    ACE KEYBOARDING CLASS 200-330  06-01-2009  06-25-2009  P   C  P   25
CRW  LOW    BEG. CROSS STITCH/MC           06-01-2009  07-05-2009  P   C  P    8
CRW  LOW    FUN CRAFT CLASS RECREATION     06-01-2009  07-05-2009  P   C  P    8
CRW  LOW    CARTOON DRAWING                07-04-2009  07-05-2009  P   C  P    8
CRW  LOW    BEADING CLASS/MC               04-30-2009  05-03-2009  P   C  P    8
CRW  LOW    DEC STATIONARY MAIN INST       04-30-2009  05-01-2009  P   C  P    8
CRW  LOW    BEG. PLASTIC CANVAS/MC         03-26-2009  03-28-2009  P   C  P    8
CRW  LOW    FUN CRAFT CLASS RECREATION     03-26-2009  03-28-2009  P   C  P    8
CRW  LOW    FUN CRAFT CLASS RECREATION     02-28-2009  03-01-2009  P   C  P    8
CRW  LOW    BEG. PLASTIC CANVAS/MC         02-28-2009  03-01-2009  P   C  P    8

G0002         MORE PAGES TO FOLLOW . . .
```

```
    DUBCA          *          INMATE EDUCATION DATA          *       12-18-2014
PAGE 002 OF 002 *                  TRANSCRIPT                *        15:26:41

REGISTER NO: 83689-180      NAME..: RANGEL                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: DUB-DUBLIN FCI

------------------------------- EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
CRW LOW     FUN CRAFT CLASS RECREATION  02-09-2009  02-15-2009  P   C  P    8
CRW LOW     DEC STATIONARY CAMP         02-09-2009  02-12-2009  P   C  P    8
CRW LOW     BEG. CROSS STITCH/CAMP      02-09-2009  02-12-2009  P   C  P    8
CRW LOW     BEADING CLASS/MC            02-09-2009  02-12-2009  P   C  P    8
CRW LOW     DEC STATIONARY MAIN INST    12-08-2008  12-29-2008  P   C  P    8
CRW LOW     BEG CROCHET/MC              12-09-2008  12-09-2008  P   C  P    8
CRW LOW     BEGINNING PAINTING/MC       12-06-2008  12-06-2008  P   C  P    8
CRW LOW     BEADING CLASS/MC            12-07-2008  12-28-2008  P   C  P    8
CRW LOW     BEADING CLASS/MC            10-04-2008  10-25-2008  P   C  P    8
CRW LOW     BEG. CROSS STITCH/MC        10-07-2008  10-27-2008  P   C  P    8
CRW LOW     DEC STATIONARY MAIN INST    10-03-2008  10-24-2008  P   C  P    8
CRW LOW     BEG. PLASTIC CANVAS/MC      10-05-2008  10-26-2008  P   C  P    8
CRW LOW     BEGINNING PAINTING/MC       10-06-2008  10-28-2008  P   C  P    8
CRW LOW     ADVANCED PAINTING CLASS     09-07-2008  09-28-2008  P   C  P    8
CRW LOW     BEG CROCHET/MC              09-02-2008  09-23-2008  P   C  P    8
CRW LOW     FUN CRAFT CLASS RECREATION  09-08-2008  09-22-2008  P   C  P    8
CRW LOW     DEC STATIONARY MAIN INST    09-06-2008  09-27-2008  P   C  P    8




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Satellite Prison Camp
Rose Rangel 83689-180
5675 8th Street Camp Parks
Dublin Ca 94568

⇔83689-180⇔
United St Courthouse
800 Franklin AVE. Ft Wsclerk
WACO, TX 76701
United States
Office of the Court Filing Clerk

OAKLAND CA 945
22 DEC 2014 PM 3 L

7570115355

